UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-cr-10-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER TO SEAL** |
| v. | |
| KELVIN VINCENTE NOYOLA | |

On motion of the Defendant, Kelvin Vincente Noyola, and for good cause shown, it is hereby ORDERED that [DE 74] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This **28** day of September, 2022.

JAMES C. DEVER III
United States District Court Judge