UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-10-D-1

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| KELVIN VINCENTE NOYOLA | |

This matter is before the Court on the Defendant's Unopposed Motion to Extend PSR Objection Deadline and Continue Sentencing Hearing. Upon good cause shown, it is hereby ORDERED that the motion to extend PSR Objection Deadline and Continue Sentencing Hearing is allowed.

The PSR Objection Deadline will be extended until __November 28__, 2022.

Sentencing in this matter will be set for __December__, 2022.

SO ORDERED.

This __28__ day of September, 2022.

JAMES C. DEVER III
United States District Court Judge